QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LANNIS T. YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LANNIS T. YOUNG, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:05-CR-00121 AWI <br><br> STIPULATION CONTINUING MOTIONS FILING AND HEARING AND ORDER THEREON <br><br> Date:  August 1, 2005 <br> Time:  9:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: defendant's motions shall be filed on or before July 11, 2005, government responses to be filed on or before July 25, 2005, **and the hearing on motions now set for June 20, 2005, may be continued to August 1, 2005, at 9:00 A.M.**

The continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation and time to adequately prepare appropriate motions on defendant's behalf .

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the
2   interests of justice, including but not limited to, the need for the period of time set forth herein in the
3   interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F),
4   3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: June 16, 2005          By:    /s/ Francine Zepeda with consent of
                                        David L. Gappa
                                     DAVID L. GAPPA
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: June 16, 2005          By:    /s/ Francine Zepeda
                                     FRANCINE ZEPEDA
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     LANNIS T. YOUNG

**O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 17, 2005**            /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE