QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LANNIS T. YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-CR-00121 AWI |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING MOTIONS |
| ) | FILING AND HEARING |
| v. ) | AND ORDER THEREON |
| ) | |
| LANNIS T. YOUNG, ) | Date: September 12, 2005 |
| ) | Time: 9:00 A.M. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: defendant's motions shall be filed on or before August 15, 2005, government responses to be filed on or before September 6, 2005, **and the hearing on motions now set for August 1, 2005, may be continued to September 12, 2005, at 9:00 A.M.**

The continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation and time to adequately prepare appropriate motions on defendant's behalf.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice, including but not limited to, the need for the period of time set forth herein in the
3  interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F),
4  3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: July 27, 2005   By:   /s/ Francine Zepeda with consent of
                                David L. Gappa
                              DAVID L. GAPPA
                              Assistant United States Attorney
                              Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: July 27, 2005   By:   /s/ Francine Zepeda
                              FRANCINE ZEPEDA
                              Assistant Federal Defender
                              Attorneys for Defendant
                              LANNIS T. YOUNG

**O R D E R**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 29, 2005**           /s/ Anthony W. Ishii
0m8i78                        UNITED STATES DISTRICT JUDGE