QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LANNIS T. YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-CR-00121 AWI |
| Plaintiff, | STIPULATION CONTINUING MOTIONS FILING AND HEARING AND ORDER THEREON |
| v. | |
| LANNIS T. YOUNG, | Date:  November 7, 2005<br>Time:  9:00 A.M. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: defendant's motions shall be filed on or before October 3, 2005, government responses to be filed on or before October 24, 2005, **and the hearing on motions now set for September 12, 2005, may be continued to November 7, 2005, at 9:00 A.M.**

The continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation and time to adequately prepare appropriate motions on defendant's behalf .

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the
2 interests of justice, including but not limited to, the need for the period of time set forth herein in the
3 interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F),
4 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

        McGREGOR W. SCOTT
        United States Attorney

DATED: September 7, 2005    By:   /s/ Francine Zepeda with consent of David L. Gappa
        DAVID L. GAPPA
        Assistant United States Attorney
        Attorney for Plaintiff

        QUIN DENVIR
        Federal Public Defender

DATED: September 7, 2005    By:   /s/ Francine Zepeda
        FRANCINE ZEPEDA
        Assistant Federal Defender
        Attorneys for Defendant
        LANNIS T. YOUNG

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   September 9, 2005**       **/s/ Anthony W. Ishii**
0m8i78        UNITED STATES DISTRICT JUDGE

Stipulation Continuing Motions Filing and
Hearing and [Proposed] Order Thereon    2