QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LANNIS T. YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-CR-00121 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE HEARING; |
| v. | ) | ORDER |
| LANNIS T. YOUNG, | ) | Date:  January 17, 2006 |
|  | ) | Time:  9:00 A.M. |
| Defendant. | ) | Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing now set for November 21, 2005, may be continued to January 17, 2006, at 9:00 A.M.**

This continuance is at the request of defense counsel to allow the parties additional time for plea negotiation and to allow for continuity of counsel because counsel for defendant is scheduled to be out of her office from November 28, 2005 until January 3, 2006. She will need time to conduct additional plea negotiation and meet and confer with her client prior to the hearing after that date.

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the
2   interests of justice, including but not limited to, the need for the period of time set forth herein in the
3   interest of justice and for continuity of counsel and for effective defense preparation pursuant to
4   18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: November 16, 2005      By:   /s/ Francine Zepeda with consent of
                                       David L. Gappa
                                    DAVID L. GAPPA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


QUIN DENVIR
Federal Public Defender


DATED: November 16, 2005      By:   /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    LANNIS T. YOUNG

## O R D E R

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 18, 2005**            /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference
Hearing; [Proposed] Order                    2