DENNIS S. WAKS, Bar #142581
Acting Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LANNIS T. YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-CR-00121 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE HEARING;  ORDER |
| v. | ) | |
| LANNIS T. YOUNG, | ) | Date:  January 30, 2006<br>Time:  9:00 A.M.<br>Judge:  Hon. Anthony W. Ishii |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing now set for January 17, 2006, may be continued to January 30, 2006, at 9:00 A.M.**

This continuance is at the request of defense counsel because counsel for defendant has been out of her office on medical leave for an extended period of time and needs time to conduct additional plea negotiation and meet and confer with her client prior to the hearing.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for continuity of counsel and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

```
                                          McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Francine Zepeda with consent of
DATED: January 10, 2006            By:       David L. Gappa
                                          DAVID L. GAPPA
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          DENNIS S. WAKS
                                          Acting Federal Public Defender


DATED: January 10, 2006            By:      /s/ Francine Zepeda
                                          FRANCINE ZEPEDA
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          LANNIS T. YOUNG
```

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   January 10, 2006**              /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE